Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

DELAWARE LIFE INSURANCE
COMPANY,

          Plaintiff,

vs.

JESSICA E. DOYLE, an individual;
PAMELA K. WILCUT, an individual; and
JAMIE A. McEDWARDS, an individual,

          Defendants.

Case No. 2:21-cv-00558-RAJ

ORDER GRANTING DELAWARE LIFE
INSURANCE COMPANY'S UNOPPOSED
MOTION TO DEPOSIT FUNDS

In accordance with Plaintiff's Unopposed Motion to Deposit Funds into the Court's registry, the Clerk of the Court is hereby ORDERED to accept a check or money order payable to the Clerk, United States District Court, in the amount of $39,824.99, plus any applicable interest applied by Plaintiff during the pendency of this claim.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of the Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of the Court shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

ORDER GRANTING DELAWARE LIFE
INSURANCE COMPANY'S UNOPPOSED
MOTION TO DEPOSIT FUNDS - 1
Case No. 2:21-cv-00558-RAJ

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Pursuant to Standing Order No. 2015-11, a DOF fee for the management of investments and tax administration shall be deducted from the interest earnings on the funds deposited with the Court.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing DOF fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

The Clerk of the Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.


DATED this 28th day of July, 2021.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DELAWARE LIFE
INSURANCE COMPANY'S UNOPPOSED
MOTION TO DEPOSIT FUNDS - 2
Case No. 2:21-cv-00558-RAJ

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058